# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| SHARON HAMILTON, Individually, and as Administrator of the Estate of STEVEN LUCK, ) ) ) | Case No. 1:23-cv-277 |
| *Plaintiff*, ) ) | Judge Atchley |
| v. ) ) | Magistrate Judge Steger |
| KIA CORPORATION, *et al.*, ) ) | |
| *Defendants*. ) ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith, it is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with orders of the Court. There being no more matters to resolve, the Clerk is **DIRECTED** to close the file.

**SO ORDERED**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT